# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JUSTIN SAWYER,

Plaintiff,

v.  Case No. 8:21-cv-02859-SCB-SPF

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

Defendants.

## NOTICE OF COMPLIANCE

Per this Court's January 19, 2022 Order [ECF. 26], the undersigned certifies that: (1) he has signed up for CM/ECF account (2) he has entered his email address in his CM/ECF account.

Dated: January 19, 2022   **PLAINTIFF**

  */s/ Leonard A. Bennett*
  Leonard A. Bennett, *admitted pro hac vice*
  CONSUMER LITIGATION ASSOCIATES, P.C.
  763 J. Clyde Morris Blvd., Suite 1-A
  Newport News, VA 23601
  Telephone: 757-930-3660
  Facsimile: 757-930-3662
  lenbennett@clalegal.com
  *Counsel for Plaintiff*